IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-01786-WDM-CBS

ESTATE OF STEPHEN BEGAN, *et al.*,

    Plaintiffs

v.

LAKE COUNTY, COLORADO SHERIFF DEPARTMENT, *et al.*,

    Defendants.

## NOTICE OF STIPULATED DISMISSAL

Miller, J.

This matter is before me on the stipulation for dismissal without prejudice filed by Plaintiffs and Defendant Calvin Dawe (Docket No. 8). I construe this as a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and accordingly take judicial notice that all claims against Defendant Dawe are dismissed without prejudice, each party bearing his or her own attorneys' fees and costs.

DATED at Denver, Colorado, on September 20, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge