IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01786-WDM-CBS

ESTATE OF STEPHEN BEGAN,
SUSAN BEGAN, and
DENNIS BEGAN,

    Plaintiffs,

v.

LAKE COUNTY, COLORADO SHERIFF DEPARTMENT,
LAKE COUNTY SHERIFF ED HOTE,
UNDERSHERIFF BLACKFORD,
LAKE COUNTY SHERIFF DEPUTIES ED REINHARDT,
JASON SHANNON,
WILLIAM SWANGO,
TRAVIS ARNETT,
STEVE JAMES,
LAKE COUNTY, COLORADO,
THE BOARD OF COUNTY COMMISSIONERS OF LAKE COUNTY COLORADO,
and other unknown officers of personnel of Lake County Colorado,
ST. VINCENT HOSPITAL DISTRICT, a/k/a ST. VINCENT HOSPITAL,
JOHN M. JENNINGS PA-C,
WAYNE CALLEN, M.D., and
JOHN AND JANE DOES 1-5,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion to Amend Complaint (*doc. no. 16*) is **GRANTED**. As of the date of this order, the Clerk of Court is instructed to accept for filing Plaintiffs' First Amended Complaint and Jury Demand (*doc no. 16-2*) tendered to the court on October 16, 2007.

**DATED:**    October 18, 2007