# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### U.S. Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action: 07-cv-01786-WDM-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: December 20, 2007 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| ESTATE OF STEPHEN BEGAN, *et al.*, | David J. Stevens |
| **Plaintiffs,** | |
| v. | |
| LAKE COUNTY SHERIFF, ED HOLTE, *et al.*, | Leslie L. Schluter |
| | Craig A. Sargent |
| **Defendants.** | Lauren M. Getsie |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** RULE 16(b) SCHEDULING CONFERENCE
**Court in session:** 9:15 a.m.
Court calls case. Appearances of counsel.

**ORDERED:** The Unopposed Motion to File Second Amended Complaint [filed December 17, 2007; doc. 38] is granted for the reasons stated on the record. The Second Amended Complaint and Jury Demand submitted on December 17, 2007 as an exhibit to the motion (doc. 38-2) is accepted for filing on this date.

**ORDERED:** The oral motions to withdraw without prejudice the Motion to Dismiss [filed October 11, 2007; doc. 12]; the Motion to Dismiss Plaintiffs' First Amended Complaint and Jury Demand [filed October 26, 2007; doc. 23]; the Sheriff and County Defendants' Motion to Partially Dismiss Complaint [filed November 12, 2007; doc. 24]; and Wayne Callen, M.D.'s Combined Motion for Summary Judgment and Motion to Dismiss Plaintiffs' First, Fourth, and Sixth Claims for Relief with Supporting Authority [filed December 11, 2007; doc. 33] are granted. The motions are hereby withdrawn without prejudice.

**ORDERED:** Further Scheduling Conference set for January 24, 2008 at 10:45 a.m. An amended proposed scheduling order due five days prior to the conference.

HEARING CONCLUDED.
**Court in recess:** 9:47 a.m.
Total time in court: 00:32