IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-01786-WDM-CBS

ESTATE OF STEPHEN BEGAN, et al.,

　　Plaintiffs,

v.

LAKE COUNTY, COLORADO SHERIFF DEPARTMENT, et al.,

　　Defendants.

## NOTICE OF DISMISSAL OF WAYNE CALLEN, M.D. ONLY

　　The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the claims against Wayne Callen, M.D. only, are dismissed without prejudice, each party to pay his or its own costs and attorneys' fees.

　　DATED at Denver, Colorado, on January 14, 2008.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　s/ Walker D. Miller
　　　　　　　　　　　　　　　　　　　United States District Judge

PDF FINAL