IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01786-WDM-KMT

ESTATE OF STEPHEN BEGAN,

    Plaintiff,

v.

LAKE COUNTY, COLORADO SHERIFF DEPARTMENT,
LAKE COUNTY SHERIFF ED HOLTE, in his individual and official capacity,
UNDERSHERIFF BLACKFORD, in his individual and official capacity,
LAKE COUNTY SHERIFF DEPUTIES:
ED REINHARDT, in his individual and official capacity,
JASON SHANNON, in his individual and official capacity,
TRAVIS ARNETT, in his individual and official capacity,
STEVE JAMES, in his individual and official capacity,
LAKE COUNTY JAILER WILLIAM SWANGO, in his individual and official capacity,
ST. VINCENT HOSPITAL DISTRICT, ST. VINCENT GENERAL HOSPITAL DISTRICT
    a/k/a ST. VINCENT HOSPITAL,
JOHN M. JENNINGS PA-C,
WAYNE CALLEN, M.D., and
JOHN AND JANE DOES 1-5,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Stipulated Motion to Extend Time for Expert Disclosures" (#70, filed April 30, 2008) is GRANTED. Plaintiff's expert witness designation is due August 4, 2008; Defendant's expert witness designation is due September 2, 2008; rebuttal expert designation is due October 1, 2008; expert witness discovery cutoff is November 3, 2008; and the dispositive motion deadline is December 1, 2008.

Dated: May 13, 2008