IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01786-WDM-KMT

ESTATE OF STEPHEN BEGAN,

    Plaintiff,

v.

LAKE COUNTY, COLORADO SHERIFF DEPARTMENT,
LAKE COUNTY SHERIFF ED HOLTE, in his individual and official capacity,
UNDERSHERIFF BLACKFORD, in his individual and official capacity,
LAKE COUNTY SHERIFF DEPUTIES:
ED REINHARDT, in his individual and official capacity,
JASON SHANNON, in his individual and official capacity,
TRAVIS ARNETT, in his individual and official capacity,
STEVE JAMES, in his individual and official capacity,
LAKE COUNTY JAILER WILLIAM SWANGO, in his individual and official capacity,
ST. VINCENT HOSPITAL DISTRICT, ST. VINCENT GENERAL HOSPITAL DISTRICT
    a/k/a ST. VINCENT HOSPITAL,
JOHN M. JENNINGS PA-C,
WAYNE CALLEN, M.D., and
JOHN AND JANE DOES 1-5,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

Defendants "Unopposed Motion to Modify Scheduling Order" (#83, filed September 2, 2008) is GRANTED.

    Defense experts will be disclosed by September 15, 2008
    Rebuttal experts will be disclosed by October 15, 2008
    Expert witness discovery cutoff is December 19, 2008
    Deadline for parties to file dispositive motions is January 23, 2009

Dated: September 4, 2008