IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 07-cv-01786-WDM-CBS

THE ESTATE OF STEPHEN BEGAN,

    Plaintiff,

v.

LAKE COUNTY, COLORADO SHERIFF DEPARTMENT, et al.,

    Defendants.
_____

**MINUTE ORDER**
_____

**SENIOR JUDGE WALKER D. MILLER**
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff's motion to exceed page limitation is granted.

Dated: March 19, 2009

                                  s/ Jane Trexler, Judicial Assistant