IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 07-cv-01786-WDM-KMT

ESTATE OF STEPHEN BEGAN,

    Plaintiff,

v.

LAKE COUNTY, COLORADO SHERIFF DEPARTMENT, et al.,

    Defendants.

---

**NOTICE OF DISMISSAL AS TO ST. VINCENT GENERAL HOSPITAL DISTRICT AND JOHN M. JENNINGS ONLY**

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(2).  Accordingly, the complaint is dismissed with prejudice as to St. Vincent General Hospital District and John M. Jennings only, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on July 13, 2009.

                                  BY THE COURT:

                                  s/ Walker D. Miller
                                  United States Senior District Judge

PDF FINAL