IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-01786-WDM-KMT

ESTATE OF STEPHEN BEGAN,

   Plaintiff,

v.

LAKE COUNTY, COLORADO SHERIFF DEPARTMENT,
LAKE COUNTY SHERIFF ED HOLTE, in his individual and official capacity,
UNDERSHERIFF BLACKFORD, in his individual and official capacity,
LAKE COUNTY SHERIFF DEPUTIES:
ED REINHARDT, in his individual and official capacity,
JASON SHANNON, in his individual and official capacity,
TRAVIS ARNETT, in his individual and official capacity,
STEVE JAMES, in his individual and official capacity,
LAKE COUNTY JAILER WILLIAM SWANGO, in his individual and official capacity, and
JOHN and Jane DOES 1-5,

   Defendants.

ORDER FOR DISMISSAL *WITH PREJUDICE*

   The court takes judicial notice that plaintiff has confessed the Sheriff defendants' motion for summary judgment [Doc. 95, filed 2/25/09] in its entirety, and the parties have filed a Stipulation for Dismissal with Prejudice in accordance with Fed.R.Civ.Proc. 41(a)(2).  Accordingly, the Sheriff defendants' motion for summary judgment is deemed confessed, and plaintiff's claims against the Sheriff defendants (Sheriff Ed Holte, Undersheriff Blackford, Deputy Ed Reinhardt, Jason Shannon, Travis Arnett, Deputy Steve James, and Jailer William Swango) and this case are hereby dismissed *with prejudice*, each party to pay its own costs and attorney's fees.

   DATED at Denver, Colorado, on August 3, 2009

         BY THE COURT:


         s/ Walker D. Miller
         United States Senior District Judge